Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-677

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
August 04, 2025

---

## Title

**Title of Work:** Seaside Signs-Crab

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** April 17, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Gregory Gorham
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gregory Gorham
17615 N.E. 30th Street, Vancouver, WA, 98682, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Address:** Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** GG2025061601

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-218

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:**   Sweet Cherries

## Completion/Publication

**Year of Completion:**   2001
**Date of 1st Publication:**   November 24, 2001
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Gregory Gorham
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Gregory Gorham
17615 N.E. 30th Street, Vancouver, WA, 98682, United States

## Rights and Permissions

**Organization Name:**   Courtney Davis, Inc.
**Name:**   Sam Abell
**Address:**   Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:**   David Denholm
**Date:**   June 16, 2025
**Applicant's Tracking Number:**   GG2025061606

Page 1 of 2





© Gregory Gorham
Fruit Collection - Sweet Cherries

a courtney davis property
T: 415-772-9000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-215

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Antique Golf 1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 13, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gregory Gorham |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gregory Gorham |
| | 17615 N.E. 30th Street, Vancouver, WA, 98682, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Courtney Davis, Inc. |
| **Name:** | Sam Abell |
| **Address:** | Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207 Nashville, TN 37215 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 16, 2025 |
| **Applicant's Tracking Number:** | GG2025061604 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-217

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Dirty Laundry Wash and Dry

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 17, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Gregory Gorham
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gregory Gorham
17615 N.E. 30th Street, Vancouver, WA, 98682, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Address:** Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** GG2025061605

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-220

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

| | |
|---|---|
| Title of Work: | Festive Wines 2 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | June 12, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| •     Author: | Gregory Gorham |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Gregory Gorham |
| | 17615 N.E. 30th Street, Vancouver, WA, 98682, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Courtney Davis, Inc. |
| Name: | Sam Abell |
| Address: | Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207 |
| | Nashville, TN 37215 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | June 16, 2025 |
| Applicant's Tracking Number: | GG2025061607 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-455-221

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | LakeSide 3 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 04, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Gregory Gorham |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gregory Gorham |
| | 17615 N.E. 30th Street, Vancouver, WA, 98682, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Courtney Davis, Inc. |
| **Name:** | Sam Abell |
| **Address:** | Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207 Nashville, TN 37215 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 16, 2025 |
| **Applicant's Tracking Number:** | GG2025061608 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-174

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Crafted Beer 1

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 12, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Gregory Gorham
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gregory Gorham
17615 N.E. 30th Street, Vancouver, WA, 98682, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Address:** Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm
**Date:** June 16, 2025
**Applicant's Tracking Number:** GG2025061602



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-213

**Effective Date of Registration:**
June 16, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Crafter Beer 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | February 12, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •     **Author:** | Gregory Gorham |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gregory Gorham |
| | 17615 N.E. 30th Street, Vancouver, WA, 98682, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Courtney Davis, Inc. |
| **Name:** | Sam Abell |
| **Address:** | Hill Center at Green Hills 4015 Hillsboro Pike, Suite 207 Nashville, TN 37215 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 16, 2025 |
| **Applicant's Tracking Number:** | GG2025061603 |

Page 1 of 2

